IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No.: 1:23-MJ- 30 |
| ) | Misdemeanor |
| v.  ) | |
| ) | |
| GARION H. CAMPBELL, ) | Court Date: January 23, 2023 |
| ) | |
| Defendant.  ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 1121360)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about November 19, 2022, at Marine Corps Base, Quantico, Virginia within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, GARION H. CAMPBELL, did go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering a Federal facility while in possession of a firearm.

(Violation of Title 18, United States Code, Section 930)

Respectfully Submitted,

Jessica D. Aber
United States Attorney

James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 19th day of January 2023 to the defendant's home of record.

By: _____
James D. Coppinger
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
James.coppinger@usdoj.gov