UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

UNITED STATES OF AMERICA

JUDGE: <u>William E. Fitzpatrick</u>

-VS-

Date: 1/23/23___ Time: 10am___

Case#:23mj30  Hearing: IA

_____Garion Campbell_____
DEFENDANT

Reporter: FTR GOLD SYSTEM

Clerk: TINA FITZGERALD

COUNSEL FOR UNITED STATES: _James Coppinger_____

COUNSEL FOR DEFENDANT: ___w/o_____

( x ) DEFT APPEARED (   ) WITH COUNSEL ( x ) WITHOUT COUNSEL

(   ) DEFT FAILED TO APPEAR (   ) WARRANT TO BE ISSUED

( x ) RULE 5 ADVISEMENT AND/OR DEFT READ & UNDERSTOOD CHARGES

(   ) PLEA OF GUILTY TO COUNT(S) _____

( x ) COURT TO APPOINT COUNSEL     (   )CJA    ( x )FPD

(   ) JURY WAIVED

(   ) DEFT TO RETAIN COUNSEL

(   ) ORAL CONSENT TO PROCEED BEFORE MAG JUDGE

(   ) DEFT FOUND GUILTY/ FOUND NOT GUILTY

(   ) COUNT(S) _____ DISMISSED

MINUTES: Matter continued to 2/14/23 @ 10am w/WEF for Status Hearing.